STATE of Missouri, Respondent,

v.

David Lamont REED, Appellant.

No. WD 65934.

Missouri Court of Appeals,
Western District.

Dec. 12, 2006.

Melinda K. Pendergraph, Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, ROBERT G. ULRICH, Judge and RONALD R. HOLLIGER, Judge.

## ORDER

PER CURIAM.

David Reed appeals from his conviction of one count of burglary in the second degree, Section 569.170. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).